IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEMONDA PEEPLES,               )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )     2:08cv966-MHT
                               )
PAUL WHALEY, et al.,           )
                               )
    Defendants.                )
```

ORDER

After an independent and de novo review of the file, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. No. 4) is overruled.

(2) The magistrate judge's recommendation (Doc. No. 3) is adopted.

(3) This is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 19th day of December, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE